—Judgment affirmed on the opinion of the county judge. Haight, J., not sitting.

Charles R. Hinton and others, Appellants, v. Burton Wilson, Respondent. — Judgment and order reversed and new trial ordered, with costs to abide the event. Opinion by Bradley, J.; Haight, J., not sitting.

Robert Mattison, Appellant, v. Hiland Hill Wheeler and others, Respondents. — Judgment affirmed, with costs. Opinion by Smith, P. J.; Haight, J., not sitting.

Edward F. Lowhouse, Respondent, v. The City of Buffalo, Appellant. — Order affirmed. Opinion by Barker, J.

Joseph H. Berry and others, Respondents, v. Andrew Brown, Appellant. — Judgment and order affirmed. Opinion by Haight, J.

Almer H. Buckland, as Administrator, etc., Appellant, v. William Gallup, Respondent. — Judgment affirmed, with costs. Opinion by Smith, P. J.

Claudius D. B. Barse and others, Respondents, v. Henry C. Crawford and others, Appellants. — Judgment affirmed.

John Burlingame, Respondent, v. William H. Manderville, Appellant. — Judgment and order affirmed. Opinion by Haight, J.

James F. Brooks, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Judgment and order affirmed. Opinion by Smith, P. J.; Bradley, J., not sitting.

Joseph Diebolt, Respondent, v. Hugh J. Jewett, as Receiver, etc., Appellant. — Judgment and order affirmed. Opinion by Bradley, J.; Barker, J., not sitting.

Wilhelm Boening and others, Appellants, v. F. Albert Kammerer and others, Respondents. — Judgment affirmed, with costs. Opinion by Haight, J.

The Canadian Bank of Commerce, Appellant, v. Uriel R. Torrey and others, Respondents. — Judgment affirmed, with costs. Opinion by Smith, P. J.; Haight, J., not voting.

Caroline Marsielje, Respondent, v. Cyrus T. Cooke, Appellant, Impleaded, etc.—Judgment affirmed, with costs. Opinion by Bradley, J.; Barker, J., not sitting.

Horace B. Claflin and others, Respondents, v. Wesley Milspaw, Appellant —Judgment affirmed. Opinion by Barker, J.; Haight, J., not voting.

Mary Shaw, as Administratrix, etc., v. Charles L. Sheldon and others. — New trial denied and judgment ordered for the plaintiff on the verdict. Opinion by Smith, P. J.; Haight, J., not sitting.

Benjamin W. Payne and others, Appellants, v. George Batterson, Respondent. — Judgment reversed and a new trial ordered, with costs to abide the event. Opinion by Haight, J.; Bradley, J., not sitting.

Samuel Thayer, Respondent, v. George W. Finton, Appellant. — Judgment reversed and a new trial ordered, with costs to abide the event. Opinion by Haight, J.

In the Matter of the Application of the Attorney General, Respondent, v. The Western New York Life Insurance Company, Appellant.—Judgment affirmed, no costs of appeal awarded. Haight, J., not sitting.

In the Matter of the Probate of the last Will and Testament of Charles A. Gardiner, deceased. — Appellant's motion for leave to file exception *nunc pro tunc* granted. Decree of the surrogate affirmed, with costs.

Louis J. Goddard, as Receiver, etc., Appellant, v.

Stephen Stiles, Respondent. — Order affirmed, with ten dollars costs and disbursements. Smith, P. J., not sitting.

In the Matter of the Application of the New York Central and Hudson River Railroad Company, Appellant to appraise lands of John Moran and others, Respondents.—Order affirmed, with ten dollars costs and disbursements.

Henry K. Stevens, Appellant, v. Marcus L. Comstock and another, Respondents. — Order affirmed, with ten dollars costs and disbursements. *Held*, that as the principal object of the action is to obtain equitable relief. with an incidendal claim for damages, the action is not one for the recovery of money only, within the meaning of section 636 of the Code.

Christopher Willover, Respondent, v. John W. Alexander, Appellant. — Order reversed and motion to vacate granted, with ten dollars costs and disbursements, on the authority of *Cribben* v. *Schillinger* (30 Hun. 248).

Emily M. Goodrich, Respondent, v. William J. Goodrich and another, Appellant. — Memorandum of decision of March term so modified as to direct that if a reference is taken as suggested in the opinion, the defendant be allowed interest upon the amounts paid for taxes from the time it shall appear the payments were made. The amount of such payments to be a lien upon the premises as against the plaintiff, subordinate to the Burt mortgage.

Sherman, Respondent, v. Reitz, Appellant. — Motion granted, without costs.

Hall v. Miller. — Motion for leave to appeal to the Court of Appeals granted.

Howland and others, Respondents, v. Dewey, Appellant. — Ordered, that the memorandum of decision made at the last term be set aside, and that the judgment herein be modified by inserting after the words "or any part thereof," the words "the following is a description of the mortgaged premises," the words "but this judgment is not to affect the rights of the defendant Mary D. S. Dewey, under her lease." Neither party to have costs of this appeal from said judgment or of this motion. The motion for reargument denied, without costs.

Harding, Respondent, v. The New York, Lake Erie and Western R. R. Co., Appellant.— Motion for reargument denied.

Lane, Respondent, v. Wheeler and others, Commissioners, etc., Appellants. — Motion for leave to appeal to the Court of Appeals granted.

Charles Schier, Respondent, v. The City of Buffalo, Appellant. — Motion for leave to appeal to the Court of Appeals denied.

Byron Alford and another v. Eugene Cobb and another.— Order denying motion for restitution vacated and motion granted as to the plaintiffs, with ten dollars costs of motion to be paid by the plaintiffs and denied as to the plaintiffs' attorney, Mr. Bolles, with ten dollars costs to him to be paid by the defendant.

Thomas Rutherford, Appellant, v. The Village of Holly, Respondent. — Motion for re-argument denied.

In the Matter of the Claim of Betsy B. Wilber, Respondent, v. The Estate of Enos Warren, deceased, Appellant. — Decree of the surrogate reversed without costs. Opinion by Bradley, J.